UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHNATHAN L. VEENSTRA, <br><br> Plaintiff, <br><br> v. <br><br> RELIANT CAPITAL SOLUTIONS, LLC <br><br> Defendant. | Case No. 1:20-CV-07021 <br><br> Honorable Judge John F. Kness |

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE

Pursuant to this Court's Order [Dkt. 15], Plaintiff's counsel hereby submits their certificate of compliance and states the following:

1. On May 10, 2021, this Honorable Court order Plaintiff's counsel to serve Plaintiff with this Court's Order [Dkt. 15].

2. Plaintiff's counsel mailed Plaintiff a copy of the Court Order [Dkt. 15] via USPS Priority Mail, which was delivered to Plaintiff on May 13, 2021. *See* attached Exhibit A.

3. Additionally, on May 12, 2021, Plaintiff's counsel's paralegal electronically transmitted the Court Order [Dkt. 15] to Plaintiff. *See* attached Exhibit B.

Dated: May 14, 2021

Respectfully submitted,

/s/ *Victor T. Metroff*
Victor T. Metroff
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.

2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188
vmetroff@sulaimanlaw.com
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, Victor T. Metroff, certify that on May 14, 2021, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Victor T. Metroff*