# Exhibit A

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9405503699300382181266

Your item was delivered in or at the mailbox at 3:07 pm on May 13, 2021 in OSWEGO, IL 60543.

USPS Tracking Plus™ Available ⌄

## ⊙ Delivered, In/At Mailbox

May 13, 2021 at 3:07 pm
OSWEGO, IL 60543



Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**May 13, 2021, 3:07 pm**
Delivered, In/At Mailbox
OSWEGO, IL 60543
Your item was delivered in or at the mailbox at 3:07 pm on May 13, 2021 in OSWEGO, IL 60543.

---

**May 13, 2021, 6:46 am**
Out for Delivery
OSWEGO, IL 60543

---

**May 13, 2021, 6:35 am**
Arrived at Post Office

Case: 1:20-cv-07021 Document #: 16-1 Filed: 05/14/21 Page 3 of 3 PageID #:56

YORKVILLE, IL 60560

May 13, 2021, 6:04 am
Arrived at USPS Facility
YORKVILLE, IL 60560

May 13, 2021, 5:22 am
Departed USPS Regional Facility
FOX VALLEY IL DISTRIBUTION CENTER

May 13, 2021, 2:20 am
Arrived at USPS Regional Facility
FOX VALLEY IL DISTRIBUTION CENTER

May 13, 2021, 1:05 am
Accepted at USPS Origin Facility
LOMBARD, IL 60148

Feedback

USPS Tracking Plus™

Product Information

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**