# Exhibit B

| | |
|---|---|
| **From:** | Michelle Barry |
| **To:** | "veenstra.johnathan█████" |
| **Subject:** | Your case against Reliant Capital Solutions, LLC |
| **Date:** | Wednesday, May 12, 2021 7:58:00 AM |
| **Attachments:** | Court Order Docket 15.pdf |

Good morning Mr. Veenstra,

I hope you are well. We are currently handling your case against Reliant Capital Solutions, LLC and have been trying to get in touch with you. As we have been unable to reach you, we have submitted a motion to withdraw as counsel in your case. The court issued the attached order, which is to be delivered to you. Should you wish to appear at the next scheduled hearing, it is set for 5/24/2021 at 10:20 a.m.

A copy of this Order has also been sent via USPS mail.

Thank you,
Michelle


**Michelle Barry**

Director of Paralegal Operations

Atlas Consumer Law – a division of Sulaiman Law Group, Ltd.

2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
Phone (630) 575 - 8181 x 103
Fax (630) 575 - 8188
**Website:** **www.atlasconsumerlaw.com**
Email: mbarry@sulaimanlaw.com




**CONFIDENTIALITY**: The information contained in this e-mail message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and contains confidential information intended only for use by the specified individual(s) and/or entity(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this e-mail in error and any review, dissemination, copying or the taking of any action based on the contents of this communication and/or attached documents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message without making a copy. This message, together with any attachments, is intended for the use of the individual or entity to which it is addressed and contains information that is **LEGALLY PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE**.

**NOT LEGAL ADVICE:** If you are not an existing client of Sulaiman Law Group, Ltd., do not construe anything in

this e-mail to make you a client of Sulaiman Law Group, Ltd.  Any information in this communication is for discussion purposes only, and is not offered as legal advice. There is no right to rely on the information contained in this communication and **no attorney-client relationship is formed**.

**CIRCULAR 230 DISCLAIMER:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax related matter(s) addressed therein.